DANIEL G. BOGDEN
United States Attorney

DENIS J. MCINERNEY
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

STEPHEN J. SPIEGELHALTER
Trial Attorney, Fraud Section, Criminal Division
1400 New York Avenue, NW
Washington, DC 20530
(202) 445-9467

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 2:11-cr-065-JCM-RJJ-1 |
| vs | ) **GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |
| PATRICIA BASCOM, | ) |
| Defendant. | ) |

The government previously moved to stay and seal this matter, in light of a plea agreement that Ms. Bascom reached with the government in United States v. Thompson et al., 2:10-cr-284-RLH-PAL) (the "Thompson case"), in which Ms. Bascom was a defendant. Ms. Bascom has now been sentenced in the Thompson case, and she is serving a period of incarceration. Pursuant to the Thompson plea agreement and the parties' stipulation in this case (11-065), the government hereby moves that this case be dismissed.

In support of this motion, the government states as follows:

1. Ms. Bascom is a defendant in two cases, including the Thompson case, 2:10-cr-284-RLH-PAL, and this case, 2:11-cr-065-JCM-RJJ-1.

1    2.    In March 2011, Ms. Bascom and the United States reached a plea agreement in the Thompson case.  As part of that plea agreement, after Ms. Bascom was sentenced in the Thompson case, this case was to be dismissed.

3.    To effect the parties' plea agreement in the Thompson case, the parties previously filed a stipulation providing that, if the Court approved, this case should be stayed and sealed.  That same stipulation tolled the statute of limitations on certain transactions, so that the United States could preserve its right to pursue charges against Ms. Bascom.

4.    Although Ms. Bascom's plea agreement in the Thompson matter and the stipulation to seal and stay this matter contemplated her cooperation with the United States, Ms. Bascom did not cooperate with the United States.  At sentencing in the Thompson case, Ms. Bascom received no cooperation credit.

5.    Nevertheless, Ms. Bascom pled and was sentenced in the Thompson case.  At sentencing in the Thompson matter, Judge Hunt sentenced Ms. Bascom to six months' imprisonment followed by six months' home confinement.  Ms. Bascom is now serving the imprisonment portion of her sentence.

## **CONCLUSION**

Wherefore, the government respectfully requests that the Court grant this motion in all respects.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

DENIS MCINERNEY
Chief
United States Department of Justice, Criminal Division, Fraud Section

05/11/12           __/s/_____
DATED              STEPHEN J. SPIEGELHALTER
                   Trial Attorney
                   United States Department of Justice
                   Criminal Division, Fraud Section

2

## CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing motion and the proposed order were electronically served upon listed counsel for Ms. Bascom, Mr. Cristalli, via the ECF system.

The government also caused a copy of this motion to be mailed through the United States Postal Service to Ms. Bascom at the following addresses:

    Patricia Bascom (45067-048)
    FCI Victorville Medium II
    Federal Correctional Institution
    PO Box 5300
    Adelanto, CA 92301

    Patricia Bascom
    [REDACTED]
    Henderson, NV  89074

So certified this 11th day of May, 2012.

By:    /s/
    STEPHEN J. SPIEGELHALTER
    Trial Attorney, US Dept. of Justice,
    Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-cr-065-JCM-RJJ-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DISMISSAL ORDER** |
| PATRICIA BASCOM, | ) |
| Defendant. | ) |

Consistent with the parties' plea agreement in <u>United States v. Thompson et al.</u>, 2:10-cr-284-RLH-PAL, in which Ms. Bascom was a defendant, the government has moved to dismiss the indictment in the above-captioned matter. In light of the government's motion and consistent with the parties' agreement, it is therefore

ORDERED that the indictment in the above-captioned matter should be and hereby is DISMISSED.

DATED May 30, 2012.

*[signature: James C. Mahan]*

UNITED STATES DISTRICT JUDGE